An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY B. DEGIOVANNI,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62996

FILED

JUN 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a "motion to terminate restitution and refund restitution collected in the amount exceeding the sum due." Second Judicial District Court, Washoe County; Jerome Polaha, Judge.

We lack jurisdiction to consider this appeal because no statute or court rule provides for an appeal from such an order. *See Castillo v. State,* 106 Nev. 349, 352-53, 792 P.2d 1133, 1135 (1990). We decline appellant's request to treat the notice of appeal as a petition for a writ of mandamus. If appellant's counsel determines that pursuit of a petition for a writ of mandamus with this court is proper, appellant may file a petition

13 - 17420

in this court in compliance with NRAP 21. Because we lack jurisdiction, we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Cherry

cc:   Hon. Jerome Polaha, District Judge
Law Offices of Curtis B. Coulter
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

---

[1]The Honorable James H. Hardesty, Justice, voluntarily recused himself from participating in this appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A